RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Andrew Bart Montenegro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>ANDREW BART MONTENEGRO,<br><br>         Defendant. | Case No. 2:20-cr-00022-JAD-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy Assistant Federal Public Defender, counsel for Andrew Bart Montenegro that the Revocation of Pretrial Release Hearing currently scheduled on Monday, June 29, 2020 at 10:30 a.m., be vacated and continued to a July 2, 2020 at a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel is unavailable for in-person hearing on June 29, 2020.

2. The defendant is not custody and agrees with the need for the continuance.

3. The parties agree to the need for continuance.

1  This is the first request for continuance filed herein.

2  DATED this 27th day of June 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

*/s/ Rebecca A. Levy*                              */s/ Melanee Smith*
By_____        By_____
REBECCA A. LEVY                            MELANEE SMITH
Assistant Federal Public Defender   Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW BART MONTENEGRO,<br><br>Defendant. | Case No. 2:20-cr-00022-JAD-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing, and the best interests of justice being served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Revocation of Pretrial Release Hearing currently scheduled on Monday, June 29, 2020 at 10:30 a.m., be vacated and continued to July 2, 2020 at 10:00 a.m.

DATED this   29th   day of June 2020.

_____
UNITED STATES MAGISTRATE JUDGE